# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GARY/CHICAGO INTERNATIONAL )<br>AIRPORT AUTHORITY, )<br>)<br>Defendant. )<br>_____)<br>)<br>GARY/CHICAGO INTERNATIONAL )<br>AIRPORT AUTHORITY, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>GREAT AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Third-Party Defendant. )<br>_____)<br>)<br>GREAT AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA, )<br>)<br>Third-Party Defendant. ) | Civil Action No. 2:15-CV-281  JVB |

**ORDER**

National Union Fire Insurance Company and Gary/Chicago International Airport

Authority have filed a stipulation to dismiss all claims between them (DE 120).[1]  Because the stipulation was not signed by all the parties, it is treated as a motion to dismiss.

The time for response has passed and no party has objected to the dismissal of these claims.  Accordingly, all claims pending between National Union Fire Insurance Company and Gary/Chicago International Airport Authority are DISMISSED WITH PREJUDICE.

SO ORDERED on February 13, 2019.

                                  s/ Joseph S. Van Bokkelen
                                  Joseph S. Van Bokkelen
                                  United States District Judge

---

[1] National Union and the Airport are the sole Plaintiff and sole Defendant, respectively, in Civil Action No. 2:17-CV-35, which was consolidated with Civil Action No. 2:15-CV-281.